IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT DOYLE | ) |
| | ) |
| v. | ) NO. 3:06-0048 |
| | ) JUDGE CAMPBELL |
| NEW YORK UNIVERSITY | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 39), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion to Dismiss Defendant's Counterclaim (Docket No. 18) is DENIED. This case is set for trial by contemporaneous Order.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE