IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT DOYLE | ) |
| | ) |
| v. | ) NO. 3:06-0048 |
| | ) JUDGE CAMPBELL |
| NEW YORK UNIVERSITY | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 50), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss Plaintiff's Claim (Docket No. 45) is GRANTED, and Plaintiff's Amended Complaint is DISMISSED.

The trial on Defendant's Counterclaim remains set for October 23, 2007, with a pretrial conference to be held on October 15, 2007.

IT IS SO ORDERED.

                                                                                              _____
                                                                                              TODD J. CAMPBELL
                                                                                              UNITED STATES DISTRICT JUDGE